The Honorable Ricardo S. Martinez

# IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SKAGIT COUNTY, ON BEHALF OF ITSELF AND SIMILARLY SITUATED COUNTIES AND CITIES,<br><br>                     Plaintiff,<br><br>v.<br><br>MCKINSEY & COMPANY, INC. UNITED STATES and MCKINSEY & COMPANY, INC.,<br><br>                     Defendants | No. 2:21-cv-00226 RSM<br><br>ORDER ON STIPULATED MOTION FOR STAY OF PROCEEDINGS PENDING RESOLUTION OF MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1407 AND FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

**ORDER**

The Court, having examined and considered the Parties' Stipulated Motion for Stay of Proceedings Pending Resolution of Motion to Transfer Pursuant to 28 U.S.C. § 1407 and For Extension of Time to Respond to Complaint, and finding that there is good cause,

**HEREBY ORDERS AND ADJUDGES THAT** this matter is stayed in its entirety pending a ruling by the JPML on McKinsey's Motion to Transfer Pursuant to 28 U.S.C. § 1407. The time within which McKinsey shall respond to the Complaint is extended to 30 days after the JPML rules on McKinsey's § 1407 Motion, and an answer or other response shall only be required if: (a) the JPML denies McKinsey's § 1407 Motion; (b) the JPML grants McKinsey's

ORDER - 1

No. 2:21-cv-00226

Holland & Hart LLP
222 South Main, Suite 2200
Salt Lake City, UT 84101
801-779-5800

§ 1407 Motion and such a response is required by the transferee court; or (c) the JPML court issues a ruling requiring a response to the Complaint in this District Court.

**IT IS SO ORDERED.**

DATED this 18th day of March, 2021.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**Presented by:**

HOLLAND & HART LLP

By:  /s/ *Ashley A. Peck*
Ashley A. Peck
WSBA # 39254
222 South Main, Suite 2200
Salt Lake City, UT 84101
Phone: (801) 799-5800
Fax: (801) 799-5700

*Attorneys for McKinsey & Company, Inc. United States and McKinsey & Company, Inc.*

KELLER ROHRBACK L.L.P.

By:  /s/ *David Ko (with permission)*
David Ko
WSBA # 38299
1201 3rd Avenue, #3200
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384

*Attorneys for Skagit County*

ORDER - 2

No. 2:21-cv-00226

Holland & Hart LLP
222 South Main, Suite 2200
Salt Lake City, UT 84101
801-779-5800